FILED

05/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0351

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0351

IN THE MATTER OF:

F.J.S.,

Respondent and Appellant

ORDER GRANTING EXTENSION OF TIME

Having considered counsel's motion for an extension of time, and with good cause having been shown,

IT IS HEREBY ORDERED that Appellant is granted an extension of time, up to and including, June 12, 2020, to file the opening brief in this matter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 7 2020